**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST<br><br>Plaintiffs,<br><br>vs.<br><br>SENTINEL MAINTENANCE OF LAS VEGAS, LLC, a Nevada limited liability company, SMI, LLC, a Nevada limited liability company, SENTINEL 2, LLC f/k/a SMI, LLC, a Nevada limited liability company, SENTINEL 1, LLC f/k/a Sentinel Maintenance of Las Vegas, LLV, a Nevada limited liability company<br><br>Defendants. | Case No. 2:23-cv-01633-JAD-EJY<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO ANSWER PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant Sentinel Maintenance of Las Vegas, LLC SMI, LLC, Sentinel 2, LLC, Sentinel 1, LLC ("Defendants") shall have up to and including Wednesday, December 6, 2023, in which to answer Plaintiff's Board of Trustees of the Construction Industry and Laborers Joint Pension Trust, Construction Industry and Laborers Joint Pension Trust ("Plaintiffs") Complaint. This stipulation is submitted and based upon the following:

1. Defendants counsel have just been retained and need time to evaluate the allegations.

2. The parties agree Defendants shall have up to and including Wednesday, December 6, 2023, to file its response to Plaintiff's Amended Complaint.

3. This request is made in good faith and not for the purpose of delay.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/Christopher M. Humes* <br> Christopher M. Humes, Esq. <br> Nevada Bar No. 12782 <br> William D. Nobriga, Esq. <br> Nevada Bar No. 14931 <br> 100 North City Parkway, Suite 1600 <br> Las Vegas, NV 89106-4614 | */s/ Paul T. Trimmer* <br> Paul T. Trimmer, Esq. <br> Nevada Bar No. 9291 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorney for Defendants* |

*Attorneys for Plaintiffs*

## ORDER

IT IS HEREBY ORDERED that the deadline for Defendants to answer Plaintiff's Complaint is extended to and including Wednesday, December 6, 2023.

Dated this  30th   day of November, 2023.

_____
United States Magistrate Judge