1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST | Case No. 2:23-cv-01633-JAD-NJK |

11
12
13

 **ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO CROSSCLAIM**

14

Plaintiffs,

**(FIRST REQUEST)**

15

vs.

16
17
18
19
20

SENTINEL MAINTENANCE OF LAS VEGAS, LLC, a Nevada limited liability company, SMI, LLC, a Nevada limited liability company, SENTINEL 2, LLC f/k/a SMI, LLC, a Nevada limited liability company, SENTINEL 1, LLC f/k/a Sentinel Maintenance of Las Vegas, LLV, a Nevada limited liability company

21

Defendants.

22

23      IT IS HEREBY STIPULATED by and between the parties, through their respective counsel,

24   that Sentinel Maintenance of Las Vegas, LLC and SMI, LLC (together, the "New Sentinel Entities")

25   shall have an additional two weeks, up to and including Wednesday, February 14, 2024, in which

26   to respond to Sentinel 1, LLC and Sentinel 2, LLC's (together, the "Old Sentinel Entities")

27   Crossclaim against them.  This stipulation is submitted and based upon the following:

28

1. On January 10, 2024, the Old Sentinel Entities served an Answer to Plaintiffs' First Amended Complaint and a Crossclaim against the New Sentinel Entities (the "Crossclaim"). The current deadline for the New Sentinel Entities to respond to the Crossclaim is January 31, 2024.

2. The Crossclaim raises allegations regarding filings and arguments in a related case, *Board of Trustees. Sentinel Maint. of Las Vegas,* Case No. 2:22-cv-00565-JCM-NJK (the "Related Action"). The New Sentinel Entities' undersigned counsel did not represent them in the Related Action and need additional time to evaluate the filings and arguments in the Related Action and to respond to the Crossclaim.

3. The parties agree the New Sentinel Entities shall have up to and including Wednesday, February 14, 2024, to file its response to the Old Sentinel Entities' Crossclaim.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4.  This request is made in good faith and not for the purpose of delay.

Dated this 31st day of January, 2024.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

/s/ Christopher M. Humes
Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
*Attorneys for Plaintiffs*

SNELL & WILMER

/s/ Richard C. Gordon
Richard C. Gordon, Esq.
Nevada Bar No. 9036
Erik Foley, Esq.
Nevada Bar No. 14195
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV89169-5958
*Attorneys for Defendants*
*Sentinel 1, LLC and Sentinel 2, LLC*

JACKSON LEWIS P.C.

/s/ Hilary A. Williams
Paul T. Trimmer,  Esq.
Nevada Bar No. 9291
Hilary A. Williams, Esq.
Nevada Bar No. 14645
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorneys for Defendants*
*Sentinel Maintenance of Las Vegas, LLC*
*& SMI, LLC*

## ORDER

IT IS HEREBY ORDERED that the deadline for Sentinel Maintenance of Las Vegas, LLC and SMI, LLC to respond to Sentinel 1, LLC and Sentinel 2, LLC's Crossclaim is extended to and including Wednesday, February 14, 2024.

Dated this __1st__ day of February, 2024.

_____
United States Magistrate Judge