UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>SENTINEL MAINTENANCE OF LAS VEGAS, LLC, a Nevada limited liability company, SMI, LLC, a Nevada limited liability company, Sentinel 2, LLC f/k/a SMI, LLC, a Nevada limited liability company, SENTINEL 1, LLC f/k/a Sentinel Maintenance of Las Vegas, LLC, a Nevada limited liability company<br><br>Defendants. | Case No. 2:23-cv-01633-JAD-NJK<br><br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO AMEND COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiffs, the Boards of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Construction Industry and Laborers Joint Pension Trust, the Construction Industry and Laborers Vacation Trust, the Southern Nevada Laborers Local 872 Training Trust

1

("Trust Funds" or "Plaintiffs"), and Defendants Sentinel 1, LLC f/k/a Sentinel Maintenance of Las Vegas and Sentinel 2, LLC f/k/a SMI, LLC, Sentinel Maintenance of Las Vegas and SMI, LLC by and through their respective counsels of record, hereby respectfully request that the deadline to move to amend the complaint be extended from March 5, 2024, until April 4, 2024. This stipulation is submitted and based upon the following:

1. On February 2, 2024, the Plaintiff Trust Funds served a subpoena duces tecum and a subpoena for deposition testimony on Kleen Tech Services, LLC ("Kleen Tech"). On information and belief, Kleen Tech is the parent company of Defendants Sentinel Maintenance of Las Vegas, LLC, and SMI, LLC. The deposition was scheduled to occur on February 14, 2024, with documents due to be produced prior to that date.

2. Counsel for Kleen Tech contacted the Trust Funds' counsel and requested that Kleen Tech have additional time to produce the documents and appear for the deposition, to which counsel for the Trust Funds agreed.

3. Given that Kleen Tech is the parent company of certain defendants and could possibly produce documents and/or testimony that would potentially cause the Trust Funds to have a claim or claims against Kleen Tech, the parties stipulate and agree to extending the deadline to move to amend the complaint by thirty (30) days, until April 4, 2024.

4. This request is not made for the purposes of delay. The Trust Funds are attempting to provide professional courtesy to Kleen Tech and its counsel to allow them ample time to provide a response to the subpoena duces tecum and appear for a deposition on a date that is mutually agreeable with Kleen Tech's and the Parties' schedules.

///

///

///

5.  Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated: February 13, 2024.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | SNELL AND WILMER LLP |
|---|---|
| /s/ Christopher M. Humes | /s/ Erik Foley |
| Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>William D. Nobriga, Esq.<br>Nevada Bar No. 14931<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135 | Richard C. Gordon, Esq.<br>Erik Foley, Esq.<br>Snell and Wilmer LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Telephone: 702.784.5200<br>Facsimile: 702.784.5252 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Sentinel 1, LLC and Sentinel 2, LLC* |

JACKSON LEWIS P.C.

/s/ Paul Trimmer
Paul T. Trimmer, Esq.
Nevada Bar No. 9291
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Sentinel Maintenance of Las Vegas and SMI, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 14, 2024

Case No. 2:23-cv-01633-JAD-NJK