UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, *et al*.,<br><br>    Plaintiffs,<br><br>v.<br><br>SENTINEL MAINTENANCE OF LAS VEGAS, LLC, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-01633-JAD-NJK<br><br>**ORDER**<br><br>[Docket Nos. 27, 28] |

Pending before the Court are the parties' stipulations to extend the deadline to amend pleadings and extend all other discovery deadlines. Docket Nos. 27, 28.

A request to extend discovery deadlines must include a statement specifying the discovery completed, a specific description of the discovery that remains, the reasons why the subject deadline cannot be met, and a proposed schedule for completing the outstanding discovery. Local Rule 26-3. The request must also be supported by a showing of good cause. *Id.* The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). This showing of diligence is measured by the movant's conduct throughout the entire period of time already allowed. *CC.Mexicano.US, LLC v. Aero II Aviation, Inc.*, 2015 U.S. Dist. LEXIS 169110, at *11-12 (D. Nev. Dec. 15, 2015). If diligence is not established, the Court's inquiry should end. *Johnson*, 975 F.2d at 609 (internal citation omitted).

This case has been pending since October 10, 2023. Docket No. 1. The parties' recitation of discovery completed thus far demonstrates that they have not diligently conducted discovery throughout the discovery period. Docket No. 28 at 3-4. Therefore, the Court cannot find good cause and the inquiry ends.

1

Nonetheless, because of counsel's medical emergency, the Court **GRANTS** the parties' requests. Docket Nos. 27, 28. The deadlines are **RESET** as follows:

| | |
|---|---|
| Add/Amend Pleadings: | May 6, 2024 |
| Initial Expert: | July 3, 2024 |
| Rebuttal Expert: | August 1, 2024 |
| Discovery Cut-Off: | September 1, 2024 |
| Dispositive Motions: | October 1, 2024 |
| Joint Pretrial Order: | October 31, 2024, 30 days after the resolution of dispositive motions, or further Court order. |

IT IS SO ORDERED.

Dated: April 2, 2024

_____
Nancy J. Koppe
United States Magistrate Judge