# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, et al.,

    Plaintiff(s),

v.

SENTINEL MAINTENANCE OF LAS VEGAS, LLC, et al.,

    Defendant(s).

Case No. 2:23-cv-01633-JAD-NJK

**Order**

[Docket No. 33]

Pending before the Court is a motion to withdraw as counsel for Defendants Sentinel 1, LLC and Sentinel 2, LLC. Docket No. 33. For good cause shown, the motion to withdraw is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket for both of these defendants to reflect their last known address. *See* Docket No. 33 at 3. Lastly, the Court orders Defendants Sentinel 1, LLC and Sentinel 2, LLC to retain new counsel by August 13, 2024. *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). <u>Failure to comply may result in sanctions, including entry of default judgment on the claims against Defendants and dismissal on any affirmative claims brought by Defendants</u>.

IT IS SO ORDERED.

Dated: July 29, 2024

                                                     Nancy J. Koppe
                                                   United States Magistrate Judge