# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>SENTINEL MAINTENANCE OF LAS VEGAS, LLC, et al.,<br><br>Defendant(s). | Case No. 2:23-cv-01633-JAD-NJK<br><br>**Report and Recommendation** |

On July 29, 2024, the Court ordered Defendants Sentinel 1, LLC and Sentinel 2, LLC to retain counsel by August 13, 2024. Docket No. 35. They did not do so. On August 22, 2024, the Court ordered Defendants Sentinel 1, LLC and Sentinel 2, LLC to show cause in writing why case-dispositive sanctions should not be imposed. Docket No. 37. The deadline to respond has expired and Defendants Sentinel 1, LLC and Sentinel 2, LLC did not do respond.

"A corporation may appear in federal court only through licensed counsel." *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). In this case, the failure to comply with the Court's order to retain counsel is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions lesser than default are unavailable because Defendants Sentinel 1, LLC and Sentinel 2, LLC have been unable or unwilling to comply with the Court's order to retain counsel and the Ninth Circuit has held that case-dispositive sanctions are appropriate for a corporation's failure to retain counsel for the duration of the litigation since corporations may not appear in federal court without licensed counsel. *Id.* Moreover, Defendants Sentinel 1, LLC and Sentinel 2, LLC continue to violate the Court's orders despite the explicit potential for the imposition of case-dispositive sanctions. *See* Docket No. 37.

Accordingly, the undersigned **RECOMMENDS** that default be entered against Defendants Sentinel 1, LLC and Sentinel 2, LLC.

Dated: September 11, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

### NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).