UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| The Board of Trustees of the Construction Industry and Laborers Joint Pension Trust, et al.,<br><br>Plaintiffs<br><br>v.<br><br>Sentinel Maintenance of las Vegas, LLC, et al.,<br><br>Defendants | Case No.: 2:23-cv-01633-JAD-NJK<br><br>**Order Adopting<br>Report & Recommendation and<br>Directing Entry of Default against<br>Defendants Sentinel 1, LLC<br>and Sentinel 2, LLC**<br><br>[ECF No. 39] |

On September 11, 2024, the magistrate judge recommended that default be entered against Defendants Sentinel 1, LLC and Sentinel 2, LLC because fictional entities like these limited liability companies must be represented by counsel, and these defendants have failed to comply with the court's order to obtain such counsel by August 13, 2024.[1] They also failed to respond to the court's order to show cause in writing why default should not be entered.[2] Any objection to that recommendation was due by September 25, 2024, but these parties neither objected nor moved to extend their time to do so. When no objections are filed, no review of a magistrate judge's report and recommendation is required.[3] Accordingly,

IT IS ORDERED THAT the Report and Recommendation **[ECF No. 39] is ADOPTED** in full, and **the Clerk of Court is directed to ENTER DEFAULT** against Defendants Sentinel 1, LLC and Sentinel 2, LLC.

_____
U.S. District Judge Jennifer A. Dorsey
October 7, 2024

---

[1] ECF No. 35.

[2] ECF No. 37.

[3] *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).