PAUL T. TRIMMER
Nevada Bar No. 9291
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: paul.trimmer@jacksonlewis.com

*Attorney for Defendant*
*Sentinel Maintenance of Las Vegas, LLC*
*& SMI, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST<br><br>Plaintiffs,<br><br>vs.<br><br>SENTINEL MAINTENANCE OF LAS VEGAS, LLC, a Nevada limited liability company, SMI, LLC, a Nevada limited liability company, SENTINEL 2, LLC f/k/a SMI, LLC, a Nevada limited liability company, SENTINEL 1, LLC f/k/a Sentinel Maintenance of Las Vegas, LLC, a Nevada limited liability company<br><br>Defendants. | Case No. 2:23-cv-01633-JAD-NJK<br><br>**STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 45] |

IT IS HEREBY STIPULATED by and between the Plaintiffs, the Board of Trustees of the Construction Industry and Laborers Joint Pension Trust and the Construction Industry and Laborers Joint Pension Trust ("Plaintiffs"), and the Defendants, Sentinel Maintenance of Las Vegas, LLC & SMI, LLC ("Defendants"), through their respective counsel, that Defendants shall have up to and including Thursday, December 5, 2024, in which to respond to Plaintiffs' Motion for Summary Judgment. This stipulation is submitted and based upon the following:

1. Defendants' counsel has been handling multiple cases, back-to-back arbitrations and depositions, and hotel labor strike over the past several weeks. The associate working with lead Defense Counsel has COVID. Given Defense Counsel's heavy workload, the Defendants need additional time to complete their response.

2. The parties agree Defendants shall have up to and including Thursday, December 5, 2024, to file its response to Plaintiff's Motion for Summary Judgment.

3. This request is made in good faith and not for the purpose of delay.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/Christopher M. Humes*<br>Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>William D. Nobriga, Esq.<br>Nevada Bar No. 14931<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br><br>*Attorneys for Plaintiffs* | */s/ Paul T. Trimmer*<br>Paul T. Trimmer, Esq.<br>Nevada Bar No. 9291<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorney for Defendant*<br>*Sentinel Maintenance of Las Vegas, LLC*<br>*& SMI, LLC* |

**ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant to respond to Plaintiff's Motion for Summary Judgment is extended to and including Thursday, December 5, 2024.

Dated this 22nd day of November, 2024.

_____
United States District Judge

4859-0826-2909, v. 3

2