1  PAUL T. TRIMMER, ESQ.
   Nevada Bar No. 9291
2  JUSTIN A. SHIROFF. ESQ.
   Nevada Bar No. 12869
3  **JACKSON LEWIS P.C.**
4  300 S. Fourth Street, Suite 900
   Las Vegas, Nevada 89101
5  Telephone: (702) 921-2460
   Facsimile: (702) 921-2461
6  Email: paul.trimmer@jacksonlewis.com
7  Email: justin.shiroff@jacksonlewis.com

8  *Attorney for Defendants*
   *Sentinel Maintenance of Las Vegas, LLC*
9  *& SMI, LLC*

10              **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF NEVADA**

| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST<br><br>Plaintiffs,<br><br>vs.<br><br>SENTINEL MAINTENANCE OF LAS VEGAS, LLC, a Nevada limited liability company, SMI, LLC, a Nevada limited liability company, SENTINEL 2, LLC f/k/a SMI, LLC, a Nevada limited liability company, SENTINEL 1, LLC f/k/a Sentinel Maintenance of Las Vegas, LLV, a Nevada limited liability company<br><br>Defendants. | Case No. 2:23-cv-01633-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RE-FILE MOTION FOR DEFAULT JUDGMENT**<br><br>**(FIRST REQUEST)** - ECF Nos. 43, 47 |
|---|---|

Defendants Sentinel Maintenance of Las Vegas, LLC and SMI, LLC, ("Defendants") by and through its counsel, the law firm of Jackson Lewis P.C., and Plaintiffs The Board of Trustees of the Construction Industry and Laborers Joint Pension Trust and the Construction Industry and Laborers Joint Pension Trust ("Plaintiffs"), by and through their counsel, the law firm Brownstein Hyatt Farber Schreck, LLP, stipulate and agree as follows:

1. Plaintiffs will not oppose Defendants withdrawing the currently-filed Motion for

Default Judgment [ECF No. 43].

2. Plaintiffs further agree to not oppose Defendants filing a renewed Motion for Default Judgment to address the factors set forth in Plaintiffs' Response to Motion for Default Judgment [ECF No. 44.]

3. Plaintiffs further agree that Defendants will have until **December 23, 2024** to file their renewed Motion.

4. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case.

5. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

6. This is the Parties' first request for relief related to Defendants' Motion for Default Judgment [ECF No. 43].

(*Remainder of Page Intentionally Left Blank*)

7. This request is made in good faith and not for the purpose of delay.

DATED this 3ⁿᵈ day of December, 2024.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/Christopher Humes
Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Plaintiffs*

JACKSON LEWIS P.C.

/s/Paul T. Trimmer
Paul T. Trimmer, Esq.
Nevada Bar No. 9291
Justin A. Shiroff, Esq.
Nevada Bar No. 12869
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 47]** and good cause appearing, IT IS ORDERED that Sentinel Maintenance of Las Vegas, LLC and SMI, LLC's Motion for Default Judgment **[ECF No. 43] is DEEMED WITHDRAWN**, and Sentinel Maintenance of Las Vegas, LLC and SMI, LLC have until December 23, 2024, to file a renewed motion.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 6, 2024