AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Board of Trustees of the Construction Industry and Laborers Joint Pension Trust et al

          Plaintiffs,

v.

Sentinel Maintenance of Las Vegas, LLC et al

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01633-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Plaintiffs against Defendants Sentinel 1, LLC, Sentinel 2, LLC.

1/6/2025
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk