Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>SENTINEL MAINTENANCE OF LAS VEGAS, LLC, a Nevada limited liability company, SMI, LLC, a Nevada limited liability company, Sentinel 2, LLC f/k/a SMI, LLC, a Nevada limited liability company, SENTINEL 1, LLC f/k/a Sentinel Maintenance of Las Vegas, LLC, a Nevada limited liability company<br><br>Defendants. | Case No. 2:23-cv-01633-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF No. 42]**<br><br>**[FIRST REQUEST]**<br><br>Re: stipulation at ECF No. 60 |

Plaintiffs, the Board of Trustees of the Construction Industry and Laborers Joint Pension Trust and Construction Industry and Laborers Joint Pension Trust ("Pension Trust"), and Defendants Sentinel Maintenance of Las Vegas and SMI, LLC ("New Sentinel Entities") (collectively, the "Parties") by and through their respective counsels of record, hereby stipulate and agree to allow the Reply in Support of the Motion for Summary Judgment to be filed on February 4, 2025.

32373888.1

1

1. On October 31, 2024, the Pension Trust filed its Motion for Summary Judgment. *See* ECF No. 43.

2. On November 20, 2024, the Parties stipulated to extend the New Sentinel Entities time to respond by two weeks. *See* ECF No. 46.

3. Thereafter, the New Sentinel Entities moved to extend the deadline to respond four times. *See* ECF Nos. 49, 50, 52, and 55.

4. After the Fourth Motion to Extend, the Pension Trust filed a Notice of Intent to Oppose, given the amount of extensions that had been requested. *See* ECF No. 56.

5. The New Sentinel Entities filed their response on January 7, 2025. *See* ECF No. 58.

6. Thereafter, the Pension Trust withdrew its intent to oppose the Fourth Motion to Extend. *See* ECF No. 59.

7. Counsel for the Pension Trust has had briefing due in multiple cases during the 14-day period to file the Reply in Support of the Motion for Summary Judgment. Given this workload, counsel for the Pension Trust have requested, and counsel for the New Sentinel Entities have agreed, to extend the deadline to file a Reply by an additional 14 days.

8. The parties agree that the Pension Trust will have up to and including February 4, 2025, to file its Reply.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

32373888.1

2

9. This request is made in good-faith and not for the purpose of delay.

Dated: January 15, 2025.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Christopher M. Humes | /s/ Paul Trimmer |
| Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>William D. Nobriga, Esq.<br>Nevada Bar No. 14931<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135 | Paul T. Trimmer, Esq.<br>Nevada Bar No. 9291<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Sentinel Maintenance of Las Vegas and SMI, LLC* |

*Attorneys for Plaintiffs*

**O R D E R**

**IT IS HEREBY ORDERED** that the deadline for the Pension Trust to file its Reply in Support of the Motion for Summary Judgment is extended to and including February 4, 2025.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 22, 2025