PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
I-CHE LAI, ESQ.
Nevada Bar No. 12247
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: paul.trimmer@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorneys for Defendants*
*Sentinel Maintenance of Las Vegas, LLC and SMI, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST<br><br>Plaintiffs,<br><br>vs.<br><br>SENTINEL MAINTENANCE OF LAS VEGAS, LLC, a Nevada limited liability company, SMI, LLC, a Nevada limited liability company, SENTINEL 2, LLC f/k/a SMI, LLC, a Nevada limited liability company, SENTINEL 1, LLC f/k/a Sentinel Maintenance of Las Vegas, LLV, a Nevada limited liability company<br><br>Defendants. | Case No. 2:23-cv-01633-JAD-NJK<br><br>**STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO MOTION FOR RECONSIDERATION (ECF NO. 67)**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and LR IA 6-1, IA 6-2, and 7-1, Plaintiffs and Defendants Sentinel Maintenance of Las Vegas, LLC and SMI, LLC (collectively, the "New Sentinel Entities"), by and through their respective undersigned counsel, hereby stipulate to extend the time for the New Sentinel Entities to file their response to Plaintiffs' motion for reconsideration of this Court's order granting partial summary judgment against the New Sentinel Entities (ECF No. 67) to **September 30, 2025**. This Court has entered default on the remaining defendants: Sentinel 1, LLC

and Sentinel 2, LLC. (ECF No. 41.) This is the first stipulation for extension of the deadline to respond to the motion for reconsideration.

Good cause warrants the stipulated extension. The motion for reconsideration was filed on September 2, 2025. (ECF No. 67.) This would give the New Sentinel Entities until September 16, 2025, to respond to the motion. *See* LR 7-2(b). However, for the last three weeks, the New Sentinel Entities' counsel had been preparing for a jury trial that was set to go forward on September 8, 2025 and was only continued on the business day before trial, and preparing and attending union negotiations. Additionally, with a pending complaint and motion for preliminary injunction needing the New Sentinel Entities' response in a related state court case, the New Sentinel Entities will therefore need additional time to evaluate and prepare a response to the motion for reconsideration. In stipulating to the extension, the parties are not waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right they may have. *See Szanto v. Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).

Dated: September 16, 2025

| | |
|---|---|
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **JACKSON LEWIS P.C.** |
| /s/ *Christopher M. Humes* | /s/ *I-Che Lai* |
| Christopher M. Humes | Paul T. Trimmer |
| Nevada Bar No. 12782 | Nevada Bar No. 9291 |
| William D. Nobriga | I-Che Lai |
| Nevada Bar No. 14931 | Nevada Bar No. 12247 |
| 100 North City Parkway, Suite 1600 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, NV 89106-4614 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Sentinel Maintenance of Las Vegas, LLC and SMI, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: ____9/22/2025_____

2