Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:  (702) 382-2101
Facsimile:  (702) 382-8135
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> SENTINEL MAINTENANCE OF LAS VEGAS, LLC, a Nevada limited liability company, SMI, LLC, a Nevada limited liability company, Sentinel 2, LLC f/k/a SMI, LLC, a Nevada limited liability company, SENTINEL 1, LLC f/k/a Sentinel Maintenance of Las Vegas, LLC, a Nevada limited liability company <br><br> Defendants. | Case No. 2:23-cv-01633-JAD-NJK <br><br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR ATTORNEY'S FEES** <br><br> **[FIRST REQUEST]** <br><br> [ECF No. 82] |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

27291094.1                                    1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

Plaintiffs, the Board of Trustees of the Construction Industry and Laborers Joint Pension Trust and the Construction Industry and Laborers Joint Pension Trust (collectively, the "Pension Trust"), and Defendants Sentinel Maintenance of Las Vegas and SMI, LLC (collectively "New Sentinel Entities") by and through their respective counsels of record, hereby respectfully request that the deadline for the Pension Trust to file a Reply in Support of its Motion for Attorney's Fees be extended until June 23, 2026. This stipulation is submitted and based upon the following:

1.    On May 19, 2026, the Pension Trust filed a Motion for Attorney's Fees (the "Motion"). ECF No. 80.

2.    On June 2, 2026, the New Sentinel Entities filed an opposition to the Pension Trust's Motion. ECF No. 81.

3.    The Pension Trust's counsel's close personal friend passed away on Sunday, May 31, 2026. The Pension Trust's counsel has been requested by his friend's parents to assist in organizing funeral services and to serve as executor of his friend's estate.

4.    Counsel for the New Sentinel Entities have graciously agreed to extend the deadline for the Pension Trust's Reply in Support of its Motion for Attorney's Fees from June 9, 2026, until June 23, 2026, to allow Pension Trust's counsel the time to organize his friend's affairs and perform his duties as executor of the estate. This extension is not requested for the purpose of delay, but is a professional courtesy extended by the New Sentinel Entities' counsel to allow the Pension Trust's counsel to attend to pressing personal matters.

/ / /

/ / /

/ / /

27291094.1

2

5.   Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated: June 4, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Plaintiffs*

JACKSON LEWIS P.C.

/s/ I-Che Lai
Paul T. Trimmer, Esq.
Nevada Bar No. 9291
I-Che Lai, Esq.
Nevada Bar No. 12247
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Sentinel Maintenance of Las Vegas and SMI, LLC*

## ORDER

Based on the parties' stipulation and with good cause appearing, the stipulation to extend time **[ECF No. 82] is GRANTED.** The Pension Trust has until June 23, 2026, to file its Reply in Support of its Motion for Attorney's Fees.

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 5, 2026 _____

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

27291094.1                                      3